UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

Plaintiff,

-against-

TWEEDS SUIT SHOP LLC et al,

Defendant.

26-CV-3481 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's opposition to the pending motion to dismiss (ECF 22) is due by **October 23, 2026**, and Defendants' reply in further support is due by **November 6, 2026**. If Defendants seek a stay of discovery, they shall file a letter motion by **October 30, 2026**, and Plaintiff's opposition, if any shall be due by **November 6, 2026**.

DATED: September 30, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**